UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIC L. WOODSON, JR.,<br><br>　　　　　Petitioner<br><br>　　v.<br><br>HOWARD BARRON,<br><br>　　　　　Respondent. | Case No. 5:22-cv-00075-DMG (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Dismissing Duplicative Petition,

　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATED: February 9, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE